■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
BRUCE RIVERS, Appellant. [879 NYS2d 454]—

Judgment, Supreme Court, Bronx County (Troy K. Webber,
J.), rendered May 14, 2008, convicting defendant, upon his plea
of guilty, of attempted robbery in the first degree, and sentenc-
ing him, as a second felony offender, to a term of five years,
unanimously affirmed.

Since the final plea proceeding expressly incorporated by ref-
erence the allocution conducted at a prior plea proceeding,
defendant's prior waiver of his right to appeal is enforceable
(*see People v Hickman*, 57 AD3d 370 [2008]; *People v Morrison*,
48 AD3d 288 [2008], *lv denied* 10 NY3d 867 [2008]), and it
forecloses defendant's present procedural claim relating to his
sentencing. Furthermore, aside from the waiver, defendant did
not preserve his claim that when the court ordered his sentence
to be served consecutively to another sentence it misap-
prehended its discretion under Penal Law § 70.25 (2-b) to
impose a concurrent sentence upon a finding of mitigating cir-
cumstances (*see People v Hamlet*, 227 AD2d 203, 204 [1996], *lv
denied* 88 NY2d 1021 [1996]), and we decline to review it in the
interest of justice. Defendant's ineffective assistance of counsel
claim is unreviewable on direct appeal because it involves mat-
ters outside the record (*see People v Love*, 57 NY2d 998 [1982]).
Concur—Tom, J.P., Saxe, Sweeny, Acosta and Abdus-Salaam, JJ.